745 A.2d 524

IN THE MATTER OF FRANK J. JESS, AN ATTORNEY AT LAW.

February 23, 2000.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(3) and *Rule* 1:20–11 seeking the

immediate temporary suspension of **FRANK J. JESS** of **PERTH AMBOY**, who was admitted to the bar of this State in 1971, and good cause appearing;

It is ORDERED that **FRANK J. JESS** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **FRANK J. JESS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FRANK J. JESS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown; and it is further

ORDERED that **FRANK J. JESS** comply with *Rule* 1:20–20 dealing with suspended attorneys.